IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv190-WHA |
| ) | |
| JOE F. WATKINS and DANIEL HAMM, ) | (wo) |
| as Trustee of the Bankruptcy Estate of Joe ) | |
| F. Watkins, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, and previous Orders of the court as to the other Defendants, Final Judgment is entered in favor of Plaintiff Employers Mutual Casualty Co. and Plaintiff Intervenor Auto-Owners Insurance Company and against all Defendants.

Done this 21st day of March of 2012.

　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE